# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129678 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 129678
                                         COA: 261477
                                         Chippewa CC: 89-005367-FC

RICHARD DWAYNE JOHNSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 23, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for appointment of counsel is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

                                            Clerk

d1219